**Aaron EVANS, Petitioner**

v.

**Superintendent Michael CLARK, Commonwealth of Pennsylvania, Respondent**

**No. 3 EM 2017**

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of February, 2017, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Kevin Michael CARONTENUTO, Respondent**

**No. 705 MAL 2016**

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

**NY SENIUK, Petitioner**

v.

**Claire BIRNEY, Respondent**

**No. 636 MAL 2016**

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**